IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO P. PENA,

        Plaintiff,                  No. CIV S-06-1408 LKK GGH P

    vs.

P. BARKER, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 5, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 3, 2006 for an extension of time is granted; and

        2. Plaintiff is granted twenty days from the date of this order in which to file an amended complaint.

DATED: 11/13/06                          /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
pena1408.36